1
2
3
4

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| KATHLEEN McCLURE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | NO.　CV-10-268-RMP<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR A PROTECTIVE ORDER** |

THIS COURT, having considered the parties' stipulated motion for entry of an order of protection, **ECF No. 13**, finds that entry of the requested order is supported by good cause pursuant to Fed. R. Civ. P. 26(c).

Accordingly, **IT IS HEREBY ORDERED**, that the parties' stipulated motion, **ECF No. 13**, is **GRANTED**.  The parties' stipulations set forth in their Stipulated Motion for Order of Protection, ECF No. 13, shall control the production and treatment of documents and information produced by either party to this action, or by third parties pursuant to subpoena or release, that fit

ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR A
PROTECTIVE ORDER ~ 1

within the stipulated definition of "Protected Documents," and that one or more of the parties designate as "confidential."

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 2nd day of June, 2011.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 2

# CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorney of record for the defendant:

Andrew Biviano
United States Attorneys Office
Andrew.Biviano@usdoj.gov

Dated this 1st day of June, 2011.

**THEMIS LITIGATION GROUP**

/s/ Margaret M. Boyle
Margaret M. Boyle, WSBA No. 17089

ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 3